UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **GUY MARTINEZ BANKS,** | : | VIOLATIONS:  21 U.S.C. §841(a)(1) |
| **LARRY SAVY WOODARD,** | : | and §841(b)(1)(C) |
| **Defendants.** | : | (Unlawful Distribution of Cocaine Base); |
| | : | 21 U.S.C. §843(b) |
| | : | (Unlawful Use of a Communications Facility); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More of |
| | : | Cocaine Base); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about March 25, 2004, within the District of Columbia, **GUY MARTINEZ BANKS and LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT TWO

On or about March 30, 2004, within the District of Columbia, **GUY MARTINEZ BANKS and LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about April 6, 2004, within the District of Columbia, **LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT FOUR

On or about April 6, 2004, within the District of Columbia, **GUY MARTINEZ BANKS and LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT FIVE

On or about April 13, 2004, within the District of Columbia, **LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT SIX

On or about April 13, 2004, within the District of Columbia, **GUY MARTINEZ BANKS and LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT SEVEN

On or about April 21, 2004, within the District of Columbia, **LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT EIGHT

On or about April 21, 2004, within the District of Columbia, **GUY MARTINEZ BANKS and LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was 5 grams or more.

>(**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT NINE

On or about May 20, 2004, within the District of Columbia, **LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

>(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

## COUNT TEN

On or about May 20, 2004, within the District of Columbia, **GUY MARTINEZ BANKS and LARRY SAVY WOODARD**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II

narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

      (**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(iii) and Title 18 United States Code, Section 2)

                                            A TRUE BILL:

                                            FOREPERSON.

Attorney of the United States in
and for the District of Columbia.