UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-391 (EGS) |
| | : | |
| v. | : | |
| | : | |
| GUY MARTINEZ BANKS, et al | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Steve Wasserman, at telephone number 202-307-0031 and/or email address steve.wasserman@usdoj.gov. Steve Wasserman will substitute for Assistant United States Attorney Wendy Short as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Steve Wasserman
Assistant United States Attorney
Federal Major Crimes, Bar No. 453251
555 4th Street, NW, Room 4241
Washington, DC 20530
202-307-0031