UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 05-391 (EGS) |
| **Plaintiff,** | : | |
| v. | : | |
| **GUY MARTINEZ BANKS,** | : | |
| **Defendant.** | : | |

## PROPOSED ORDER

For the reasons set forth at the status hearing, to wit, that the defendant has not had an opportunity to consult with defense counsel, Darlene Jackson, who was not present at the hearing, the Court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A), that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is this _____ day of _____, 2006, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from April 6, 2006 to April 25, 2006 shall be excluded in computing the date for speedy trial in this case.

_____          _____
DATE                             EMMET G. SULLIVAN
                                 U.S. DISTRICT COURT JUDGE

Copies to:
Steven Wasserman, AUSA
Darlene Jackson, Esq.