IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 05-391 (EGS) |
| GUY MARTINEZ BANKS ) | |
| ) | |
| ) | |
| _____ ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Rita Bosworth, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in the above captioned case due to the fact that Ms. Darlene Jackson, Esquire, has been retained as counsel for Mr. Banks.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500