IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | |
| ) | Criminal No. 05-391 (EGS) |
| ) | |
| GUY MARTINEZ BANKS  ) | |
| ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this ___ day of _____, 2006 hereby

**ORDERED**, that the Motion to Withdraw as Counsel is hereby granted; and it is further

**ORDERED**, that Rita Bosworth is permitted to withdraw as counsel.

---

HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE