UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED
MAY - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 05-391 (EGS) |
| v. | : | |
| GUY MARTINEZ BANKS, and<br>LARRY SAVY WOODWARD, | : | |
| Defendants. | : | |

## ORDER

For the reasons set forth at the status hearing on April 25, 2006, to wit, that defense counsel have not had an adequate opportunity to review the discovery with their clients and to engage in plea negotiations with the government, the Court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A), that the interests and ends of justice are best served and outweigh the interests of the public and the defendants in a speedy trial, and accordingly it is this _1st_ day of _May_, 2006, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from April 25, 2006 to May 23, 2006 shall be excluded in computing the date for speedy trial in this case.

_5/1/06_
DATE

_____
EMMET G. SULLIVAN
U.S. DISTRICT COURT JUDGE

Copies to:
Steven Wasserman, AUSA
Darlene Jackson, Esq.
James Rudasill, Esq.