# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 05-391 (EGS) |
| | : |
| GUY MARTINEZ BANKS, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Denise M. Clark at telephone number (202) 353-8213 and/or e-mail Denise.Clark@usdoj.gov and Assistant United States Attorney Jessie K. Liu at telephone number (202) 514-7549 and/or e-mail address Jessie.K.Liu@usdoj.gov. Ms. Clark and Ms. Liu will substitute for Assistant United States Attorney Steven B. Wasserman as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

BY: _____

DENISE M. CLARK
Assistant United States Attorney
D.C. Bar No. 479149
555 Fourth Street, N.W. Room 4840
Washington, D.C. 20530
(202) 353-8213

_____

JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W. Room 4649
Washington, D.C. 20530
(202) 514-7549