UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
)
)
)   Case No: CR 05-391
)
v. )
)
**GUY BANKS** )
)
)
Defendant )

### PRAECIPE

The Clerk of the Court will kindly note the appearance of the undersigned counsel in the above captioned matter.

DATED: March 22, 2006
D.C. Bar Number: 445931

Respectfully submitted,

Darlene C. Jackson, Esquire
1220 L Street, N.W.
Suite 100
Washington, D.C. 20005
202-639-0440
Attorney for the Defendant