UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-391-01 (EGS) |
| | : | Crim. No. 05-391-02 (EGS) |
| | : | |
| GUY MARTINEZ BANKS and LARRY SAVY WOODARD | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that pursuant to the Court's oral order on June 29, 2006, the Government hereby submits the attached proposed order regarding the application of the Speedy Trial Act to these cases.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By:           /s/

JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530
Phone:      202-514-7549
Fax:        202-353-9414
E-mail:     Jessie.K.Liu@usdoj.gov