# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                          |     |                          |
|--------------------------|-----|--------------------------|
| UNITED STATES            | )   |                          |
|                          | )   |                          |
|                          | )   | Case No: 05-391 (EGS)    |
| v.                       | )   |                          |
|                          | )   |                          |
| GUY BANKS  and           | )   |                          |
| LARRY WOODWARD           | )   |                          |
|                          | )   |                          |
| Defendants.              |     |                          |

## O R D E R

Upon consideration of Defendant Guy Banks' Oral Motion to Extend His Curfew on July 4, 2006, to 12:00 AM (midnight),  on this 3rd day of July 2006, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant Guy Banks' curfew is extended to 12:00 AM on July 4, 2006, only.

Signed:      **Emmet G. Sullivan**
             **United States District Court**
             **July 3, 2006**

Copies to:

Darlene C. Jackson, Esquire
1220 L Street, N.W.  Suite 100
Washington, D.C.  20005

James Rudasill, Esquire
717 D Street, NW, Suite 310
Washington, D.C.  20004

AUSA Jessie Liu
555 Fourth Street, N.W.
Washington, D.C.  20001

AUSA Denise M. CLark
555 Fourth Street, N.W.
Washington, D.C.  20001