UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-391-01 (EGS) |
| : | Crim. No. 05-391-02 (EGS) |
| : | |
| GUY MARTINEZ BANKS and : | |
| LARRY SAVY WOODARD : | |
| : | |
| Defendants. : | |

**FILED**

JUL 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

These cases having come before the Court for a status conference on June 29, 2006, the Court rules as follows:

As to Defendant Guy Martinez Banks, a period of twenty days (from June 29, 2006, to July 19, 2006), is excluded from the time under the Speedy Trial Act within which a trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(8)(A). The Court finds that Defendant Banks's counsel represented that Defendant Banks was considering the Government's plea offer. The Court further finds that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial.

As to Defendant Larry Savy Woodard, a period of twenty days (from June 29, 2006, to July 19, 2006) is excluded from the time under the Speedy Trial Act within which a trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(3)(A), which authorizes the exclusion of any period of delay resulting from the absence or unavailability of the defendant. The Court finds that when this case was called on June 29, 2006, Defendant Woodard was not present, and the District of Columbia Jail had no knowledge of his whereabouts.

SO ORDERED, this 13th day of July, 2006.

EMMET G. SULLIVAN
United States District Judge