UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-391 (EGS) |
| : | |
| GUY MARTINEZ BANKS, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the attached response to a letter dated July 19, 2006, from counsel for Defendant, Guy Martinez Banks, be made part of the record.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

BY: _____
DENISE M. CLARK
Assistant United States Attorney
D.C. Bar No. 479149
555 Fourth Street, N.W. Room 4840
Washington, D.C. 20530
(202) 353-8213

_____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W. Room 4649
Washington, D.C. 20530
(202) 514-7549