### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
#### Criminal Division --- Felony Branch

United States                     :          Case No.: 1:05-CR-391
:
:
:          Judge Sullivan

v.                      :
:
:          Trial: 11-06-06

Guy Banks                  :
:

## ORDER

Upon Consideration of the Motion For Severance filed by Defendant Guy Banks, and any response thereto, it is this ___ day of _____, 200___.

**ORDERED**, that the Defendant's Motion For Severance be granted.

_____
**JUDGE SULLIVAN**

cc.    Darlene C. Jackson, Esq.          James W. Rudasill, Jr.
       1220 L Street, N.W., Suite 100    717 D Street, N.W., Suite 310
       Washington, D.C. 20005         Washington, D.C. 20004

       AUSA Jessie Liu
       Felony Section
       555 Fourth Street, N.W.
       Washington, D.C. 20001

4