**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-391 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **GUY BANKS** | : | |
| **and** | : | |
| **LARRY WOODARD** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Edward A. O'Connell at telephone number (202) 514-6997 and/or email

address Edward.O'Connell@usdoj.gov.  Mr. O'Connell  will substitute for AUSA Jessie Liu as

counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. BAR # 498610

Edward O'Connell
Assistant United States Attorney
Narcotics Section, Bar No. 460233
555 4th Street, N.W.  Room 4122
Washington, DC 20530
(202) 514-6997/Fax: (202) 616-2296