UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL NO. 05-391(EGS)** |
| **GUY MARTINEZ BANKS** : | |
| and : | |
| **LARRY SAVY WOOODARD** : | |
| Defendants. : | |

## GOVERNMENT'S MOTION TO LATE FILE GOVERNMENT'S MOTION IN LIMINE SEEKING ADMISSION OF EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)

The United States of America, by and through the United States Attorney for the District of Columbia, hereby requests that this Honorable Court allow the United States to late file its motion in limine seeking admission of evidence pursuant to Federal Rule of Evidence 404(b). In support of this motion, the government states the following:

1. Due to a heavy caseload and other assignments, other duties necessary to prepare for this case, as well as a recent substitution of counsel by the government, the Assistant United States Attorneys to whom this case is assigned were unable to prepare the motion in a timely manner.

2. The government's motion in limine seeking admission of evidence pursuant to Federal Rule of Evidence 404(b) is based on facts largely already disclosed to defendants. Accordingly, defendants should not be prejudiced by this late filing.

3. Defendant Woodard, through counsel, James W. Rudasill, Jr., does not oppose the late filing of the government's motion. The assigned Assistant United States Attorneys have unsuccessfully attempted to contact Defendant Banks, through counsel Darlene C. Jackson, Esq.,

to ascertain Defendant Banks' position on the government's motion to late file.

WHEREFORE, the government requests that its motion to late file be GRANTED.[1]

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

By: _____
        EDWARD A. O'CONNELL
        DENISE M. CLARK
        Assistant United States Attorneys
        555 4th Street NW
        Washington, D.C. 20530
        (202) 514-6997

---

[1] For the Court's convenience, a proposed Order is attached as Appendix A.