UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | |
| : | **CRIMINAL NO.   05-391(EGS)** |
| **GUY MARTINEZ BANKS** : | |
| : | |
| and  : | |
| : | |
| **LARRY SAVY WOOODARD** : | |
| Defendants. : | |

**O R D E R**

Upon consideration of the government's motion to late file its motion in limine seeking admission of evidence pursuant to Federal Rule of Evidence 404(b), it is hereby:

(1) ORDERED that the government's motion is _____.

_____
**EMMET G. SULLIVAN**
UNITED STATES DISTRICT JUDGE

Dated: _____
Washington DC