**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

vs.                                             Criminal No. 05-391-2 (EGS)

GUY MARTINEZ BANKS
    Defendant.
_____

**ORDER**

On **NOVEMBER 9, 2006**, the defendant pled guilty to Count Ten of the Indictment.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JANUARY 3, 2007**; defendant's memorandum of law, if any shall be filed by no later than **JANUARY 10, 2007**; the Government's memorandum of law, if any shall be filed by no later than **JANUARY 17, 2007,** a reply, if any, shall be filed by no later than **JANUARY 24, 2007**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **JANUARY 31, 2007 AT 12:30 P.M.**

IT IS SO ORDERED.

DATE: November 9, 2006

                          EMMET G. SULLIVAN
                    UNITED STATES DISTRICT JUDGE