UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

vs.

GUY MARTINIZ BANKS
    Defendant.

Criminal No. 05-391 (EGS)

FILED
NOV 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved:

_____
Judicial Officer

CO-526 (12/86)