UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:05-cr-391 (EGS) |
| | : | |
| GUY BANKS | : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Defendant, Guy Banks, through undersigned counsel, Darlene C. Jackson respectfully submits this Motion to Continue Sentencing. The Defendant is scheduled for sentencing on July 24, 2007 at 11:00am.

1. Mr. Guy Banks was arrested on or about March 21, 2006 and charged with drug violations as follows: 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii); and 18 U.S.C. §2. He is currently on his own personal recognizance.

2. Mr. Banks was scheduled for sentencing on May 30, 2007 before the Court. On April 26, 2007, the Court issued an order to reschedule sentencing for Mr. Banks on July 24, 2007 at 11:00am.

3. Mr. Banks' defense counsel has a conflict in schedule on July 24, 2007 and therefore defendant requests that the Court reschedule sentencing at its earliest convenience.

4. For the foregoing reasons, Mr. Banks prays to the Court to reschedule sentencing at its earliest convenience.

1

WHEREFORE, for these and such other reasons as may appear to the Court, Mr. Banks respectfully requests that his Motion for Continuance be granted.

DATED: June 19, 2007
D.C. Bar Number: 445931

                                        Respectfully submitted,

                                        Darlene C. Jackson
                                        Counsel for Defendant
                                        1220 L Street, N.W., Suite 100
                                        Washington, D.C.   20005
                                        202-639-0440

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was electronically filed on this 20th day of June, 2007 to: Edward O'Connell, edward.o'connell@usdoj.gov and James W. Rudasill, Jr rudasiljr7@aol.com; .

                                        ____/s/_____
                                        Darlene C. Jackson

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA
Criminal Division --- Felony Branch

| | | |
|---|---|---|
| United States | : | |
| | : | |
| | : | |
| | : | Case No. 1:05-CR-391(EGS) |
| v. | : | |
| | : | |
| | : | |
| Guy Banks | : | |
| | : | |

## ORDER

Upon Consideration of the Motion For Continuance filed by Defendant Guy Banks, and any response thereto, it is this ___ day of _____, 200___.

**ORDERED**, that the Defendant's Motion For Continuance be granted.

_____
**EMMET G. SULLIVAN**
United States District Judge

cc.   Darlene C. Jackson, Esq.           James W. Rudasill, Jr.
      1220 L Street, N.W., Suite 100     717 D Street, N.W., Suite 310
      Washington, D.C.  20005            Washington, D.C.  20004

      AUSA Edward O'Connell
      Felony Section
      555 Fourth Street, N.W.
      Washington, D.C.  20001