# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 1:05-cr-391(EGS) |
| ) | |
| **GUY BANKS** ) | |
| ) | |
| Defendant ) | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant Guy Banks respectfully submits his Motion To Continue Sentencing, and in support thereof states the following:

1. Defendant was scheduled for sentencing for September 13, 2007 before the Honorable Judge Sullivan.

.

2. On September 12, 2007, the Court vacated the sentencing scheduled for September 13, 2007 and signed an order rescheduling sentencing for October 4, 2007 at 12:30pm.

3. Defendant's Counsel has a conflict on October 4, 2007 and therefore defendant requests that the Court reschedule sentencing at its earliest convenience.

4. Defense Counsel contact Government Counsel who has no opposition.

. 5. For the foregoing reasons, the defendant prays to the Court to reschedule sentencing at its earliest convenience.

        Respectfully submitted,


        _____/s/_____
        Darlene C. Jackson, Esquire
        Bar No.: 445931
        1220 L Street, N.W.
        Suite 100
        Washington, D.C.  20005
        202-639-0440
        Attorney for the Defendant


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was electronically filed on this 20 th day of September, 2007 to: Edward O'Connell, U.S. States Attorney's Office.


        _____/s/_____
        Darlene C. Jackson

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No: 1:05-cr-391(EGS) |
| | ) |
| **GUY BANKS** | ) |
| | ) |
| Defendant | ) |

### ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, it is, this ____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED; it is further

ORDERED, that sentencing shall now take place on _____.

_____
Emmet G. Sullivan
United States District Judge