HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-391</u> |
|---|---|---|
| vs. | : | SSN: |
| BANKS, Guy Martinez | : | Disclosure Date: <u>December 18, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Edw A O'Connell_                                          _Dec. 29, 2006_
**Prosecuting Attorney**                                                     **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____   _____   _____
**Defendant**                **Date**       **Defense Counsel**          **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 01, 2006**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                    Page 2

The government respectfully disputes the assertions made by the PSI writer in ¶ 25 and ¶ 68 regarding the necessity of a two point upward adjustment pursuant to USSG § 3B1.1(C), due to ∆'s role in the criminal activity as an organizer, leader, manager or supervisor, and the resulting disqualification of ∆ from Safety Valve Eligibility.

Despite the fact that ∆ is more culpable than his Co-∆, who was merely a go-between or broker, the circumstances of this case do not warrant ∆ being characterized as an organizer, leader, manager or supervisor. This case is not a situation where ∆, as the dealer, oversaw or directs the actions of his Co-∆. Rather, here, the Co-∆ initiated contact with ∆ so that a CI and a UC could conduct undercover narcotics purchases.

Accordingly, it is the government's position that a two level upward adjustment is not warranted, and that ∆'s total offense level should be 27.

Moreover, it is the government's position that, absent an upward adjustment, ∆ is safety valve eligible.

Signed by: *Edw A O'Connell*
(Defendant/Defense Attorney/AUSA)

Date: Dec. 29, 2006